1 | (Counsel for the parties listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DALTON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, an Ohio Corporation; AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC., a Maryland Corporation; JERRY MATTES, an individual; MARY SUE ALLEN, an individual; HAIDEE LAGUNDAY, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 10-05305 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
2  GINA G. COOK (SB# 245611)
   ginacook@paulhastings.com
3  BRITTANY F. STEVENS (SB# 268094)
   brittanystevens@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
5  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
6  Telephone:  (415) 856-7000
   Facsimile:   (415) 856-7100
7
   Attorneys for Defendants
8  UNITED PARCEL SERVICE, INC., JERRY MATTES,
   MARY SUE ALLEN, and HAIDEE LAGUNDAY
9

10 BALDWIN LEE (SB# 187413)
   ANNETTE M. RITTMULLER (SB# 211882)
11 ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
   200 Pringle Avenue, Suite 300
12 Walnut Creek, California 94596-7367
   Telephone: (925) 943-5551
13 Facsimile: (925) 943-5553

14 Attorneys for Defendant
   AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC.
15
   TROY A. VALDEZ (SB #191478)
16 MARVIN DUNSON III (SB #216068)
   ERIN M. DOYLE (SB #233113)
17 VALDEZ DUNSON & DOYLE LLP
   116 New Montgomery Street, Suite 210
18 San Francisco, California 94105
   Telephone: (415) 202-5950
19 Facsimile: (415) 202-5951

20 Attorneys for Plaintiff
   THOMAS DALTON
21
22
23
24
25
26
27
28

-1-

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CASE MANAGEMENT
CONFERENCE
CASE NO. C 10-05305 PJH

1  The parties, by their undersigned counsel, hereby stipulate to the following:

3  WHEREAS the case management conference is currently scheduled for March 10, 2011;

6  WHEREAS lead counsel for Plaintiff attended the parties' in-person Rule 26(f) meeting on February 15, 2011;

9  WHEREAS lead counsel for Plaintiff has had a family emergency and is unavailable to review the parties' joint case management report and may be unavailable to attend the March 10, 2011 case management conference;

13  WHEREAS the parties agree that good cause exists for rescheduling the case management conference and that doing so will further the interests of judicial efficiency and conserve resources;

17  WHEREAS a representative of Plaintiff's counsel's called the Court's Clerk on March 3, 2011 to advise about Plaintiff's counsel's family emergency; and

20  WHEREAS Plaintiff's counsel's representative was informed that the Court holds case management conferences on Thursdays, and the parties have proposed the first Thursday on which counsel for all parties are available;

24  IT IS HEREBY STIPULATED by and between the parties hereto that the case management conference shall be rescheduled to April 21, 2011 at 2:00 p.m. in Courtroom 3, 3rd

-2-

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CASE MANAGEMENT
CONFERENCE
CASE NO. C 10-05305 PJH

Floor, Federal Building, 1301 Clay Street, Oakland, California.

DATED: March 3, 2011

E. JEFFREY GRUBE
GINA GUARENTI COOK
BRITTANY F. STEVENS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Gina Guarenti Cook
GINA GUARENTI COOK

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., JERRY MATTES, MARY SUE ALLEN, AND HAIDEE LAGUNDAY

DATED: March 3, 2011

BALDWIN LEE
ANNETTE M. RITTMULLER
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: /s/ Annette M. Rittmuller
ANNETTE M. RITTMULLER

Attorneys for Defendant
AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC.

DATED: March 3, 2011

TROY A. VALDEZ
MARVIN DUNSON III
ERIN M. DOYLE
VALDEZ DUNSON & DOYLE LLP

By: /s/ Marvin Dunson III
MARVIN DUNSON III

Attorneys for Plaintiff
THOMAS DALTON

IT IS SO ORDERED.

DATED: March 7, 2011.

_____
THE HONORABLE PHYLLIS J. HAMILTON

[Stamp: IT IS SO ORDERED. Judge Phyllis J. Hamilton]

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. C 10-05305 PJH

-3-