UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS DALTON,

    Plaintiff(s),

    v.

UNITED PARCEL SERVICE, et al.,

    Defendant(s).

No. C 10-5305 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendants' Motions to Compel Production of Documents, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

IT IS SO ORDERED.

Dated: June 2, 2011

                                                                            _____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J, counsel of record