UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DALTON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, an Ohio Corporation; AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC., a Maryland Corporation; JERRY MATTES, an individual; MARY SUE ALLEN, an individual; HAIDEE LAGUNDAY, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 10-05305 PJH<br><br>**[PROPOSED] ORDER REGARDING DISMISSAL OF INDIVIDUAL DEFENDANTS JERRY MATTES, MARY SUE ALLEN, AND HAIDEE LAGUNDAY** |

1  Based upon the parties' stipulation and good cause appearing, the Court hereby
2  orders that the above-captioned action as to defendants Jerry Mattes ("Mattes"), Mary Sue Allen
3  ("Allen"), and Haidee Lagunday ("Lagunday") is dismissed with prejudice pursuant to FRCP
4  41(a)(1).  All parties shall bear their own costs and fees with respect to this dismissal.

Date: 6/20/11        Signed: _____
                                    Judge Phyllis J. Hamilton

IT IS SO ORDERED

-1-

LEGAL_US_W # 68274687.2

[PROPOSED] ORDER RE: DISMISSAL OF
INDIVIDUAL DEFENDANTS –
CASE NO. C 10-05305 PJH