1   (Counsel for the parties listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DALTON,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, an Ohio Corporation; AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC., a Maryland Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. C 10-05305 PJH<br><br>**[PROPOSED] STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS UPS AND ASAP TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Fed. Rule Civ. Pro. 15(a)(3) |

-1-

| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB# 167324) |
| | jeffgrube@paulhastings.com |
| 2 | GINA G. COOK (SB# 245611) |
| | ginacook@paulhastings.com |
| 3 | BRITTANY F. STEVENS (SB# 268094) |
| | brittanystevens@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
| | 55 Second Street |
| 5 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 6 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 7 | |
| | Attorneys for Defendants |
| 8 | UNITED PARCEL SERVICE, INC. |
| 9 | |
| 10 | BALDWIN LEE (SB# 187413) |
| | ANNETTE M. RITTMULLER (SB# 211882) |
| 11 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| | 200 Pringle Avenue, Suite 300 |
| 12 | Walnut Creek, California 94596-7367 |
| | Telephone: (925) 943-5551 |
| 13 | Facsimile: (925) 943-5553 |
| 14 | Attorneys for Defendant |
| | AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC. |
| 15 | |
| | TROY A. VALDEZ (SB #191478) |
| 16 | MARVIN DUNSON III (SB #216068) |
| | ERIN M. DOYLE (SB #233113) |
| 17 | VALDEZ DUNSON & DOYLE LLP |
| | 116 New Montgomery Street, Suite 210 |
| 18 | San Francisco, California 94105 |
| | Telephone: (415) 202-5950 |
| 19 | Facsimile: (415) 202-5951 |
| 20 | Attorneys for Plaintiff |
| | THOMAS DALTON |

LEGAL_US_W # 68907048.1

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO THIRD AMENDED COMPLAINT
CASE NO. C 10-05305 PJH

WHEREAS, on August 3, 2011, the Court granted Plaintiff leave to amend and file a Third Amended Complaint ("TAC"). The Court permitted Plaintiff seven days to file the TAC.

WHEREAS, Plaintiff filed a Third Amended Complaint on August 10, 2011.

WHEREAS, the deadline for Defendants to answer or otherwise respond to, the TAC pursuant to Federal Rules of Civil Procedure 15(a)(3), 6(d), and 5(b)(2)(E) is August 29, 2011.

WHEREAS, counsel for Defendants have requested a brief extension to answer, or otherwise respond to, the TAC due to counsel's vacation schedules and the mediation that is scheduled to occur on August 24, 2011.

WHEREAS, Plaintiff has agreed to a two-day extension until August 31, 2011.

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for Defendants, United Parcel Service, Inc. and American Substance Abuse Professionals, Inc., to answer, or otherwise respond to, the TAC be extended from August 29, 2011 to, and including, August 31, 2011.

| | |
|---|---|
| DATED: August 23, 2011 | E. JEFFREY GRUBE<br>GINA GUARENTI COOK<br>BRITTANY F. STEVENS<br>PAUL HASTINGS LLP<br><br>By: /s/ Brittany F. Stevens<br>BRITTANY F. STEVENS<br><br>Attorneys for Defendants<br>UNITED PARCEL SERVICE, INC., JERRY MATTES, MARY SUE ALLEN, AND HAIDEE LAGUNDAY |
| DATED: August 23, 2011 | BALDWIN LEE<br>ANNETTE M. RITTMULLER<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br><br>By: /s/ Annette M. Rittmuller<br>ANNETTE M. RITTMULLER<br><br>Attorneys for Defendant<br>AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC. |
| DATED: August____, 2011 | TROY A. VALDEZ<br>MARVIN DUNSON III<br>ERIN M. DOYLE<br>VALDEZ DUNSON & DOYLE LLP<br><br>By:_____<br>MARVIN DUNSON III<br><br>Attorneys for Plaintiff<br>THOMAS DALTON |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____     Signed: _____
                     The Honorable Phyllis J. Hamilton

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO THIRD AMENDED COMPLAINT
CASE NO. C 10-05305 PJH

LEGAL_US_W # 68907048.1

| | | |
|---|---|---|
| 1 | DATED: August_____, 2011 | E. JEFFREY GRUBE<br>GINA GUARENTI COOK<br>BRITTANY F. STEVENS<br>PAUL HASTINGS LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By:_____<br>BRITTANY F. STEVENS |
| 6 | | Attorneys for Defendants<br>UNITED PARCEL SERVICE, INC., JERRY MATTES,<br>MARY SUE ALLEN, AND HAIDEE LAGUNDAY |
| 7 | | |
| 8 | DATED: August_____, 2011 | BALDWIN LEE<br>ANNETTE M. RITTMULLER<br>ALLEN MATKINS LECK GAMBLE MALLORY &<br>NATSIS LLP |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | By:_____<br>ANNETTE M. RITTMULLER |
| 13 | | |
| 14 | | Attorneys for Defendant<br>AMERICAN SUBSTANCE ABUSE<br>PROFESSIONALS, INC. |
| 15 | | |
| 16 | DATED: August 24, 2011 | TROY A. VALDEZ<br>MARVIN DUNSON III<br>ERIN M. DOYLE<br>VALDEZ DUNSON & DOYLE LLP |
| 17 | | |
| 18 | | |
| 19 | | By: /s/ Marvin Dunson III |
| 20 | | MARVIN DUNSON III |
| 21 | | Attorneys for Plaintiff<br>THOMAS DALTON |
| 22 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/26/11        Signed: /s/ Phyllis J. Hamilton
                             The Honorable Judge Phyllis J. Hamilton

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-    STIPULATION TO EXTEND DEADLINE TO
       RESPOND TO THIRD AMENDED COMPLAINT
       CASE NO. C 10-05305 PJH

LEGAL_US_W # 68907048.1