1    (Counsel for the parties listed on next page)

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   THOMAS DALTON,                          No. C 10-05305 PJH

12              Plaintiff,                    [~~PROPOSED~~] STIPULATED ORDER
                                             EXTENDING TIME FOR
13        vs.                                DEFENDANTS UPS AND ASAP TO
                                             RESPOND TO THIRD AMENDED
14   UNITED PARCEL SERVICE, an Ohio          COMPLAINT
     Corporation; AMERICAN SUBSTANCE
15   ABUSE PROFESSIONALS, INC., a Maryland
     Corporation; and DOES 1 through 50,     Fed. Rule Civ. Pro. 15(a)(3)
16   inclusive,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 68907048.1

1  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
2  GINA G. COOK (SB# 245611)
   ginacook@paulhastings.com
3  BRITTANY F. STEVENS (SB# 268094)
   brittanystevens@paulhastings.com
4  PAUL HASTINGS LLP
   55 Second Street
5  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
6  Telephone:  (415) 856-7000
   Facsimile:   (415) 856-7100
7
   Attorneys for Defendants
8  UNITED PARCEL SERVICE, INC.

9

10 BALDWIN LEE (SB# 187413)
   ANNETTE M. RITTMULLER (SB# 211882)
11 ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
   200 Pringle Avenue, Suite 300
12 Walnut Creek, California 94596-7367
   Telephone: (925) 943-5551
13 Facsimile: (925) 943-5553

14 Attorneys for Defendant
   AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC.
15
   TROY A. VALDEZ (SB #191478)
16 MARVIN DUNSON III (SB #216068)
   ERIN M. DOYLE (SB #233113)
17 VALDEZ DUNSON & DOYLE LLP
   116 New Montgomery Street, Suite 210
18 San Francisco, California 94105
   Telephone: (415) 202-5950
19 Facsimile: (415) 202-5951

20 Attorneys for Plaintiff
   THOMAS DALTON

21

22

23

24

25

26

27

28

1    WHEREAS, on August 3, 2011, the Court granted Plaintiff leave to amend and

2    file a Third Amended Complaint ("TAC").  The Court permitted Plaintiff seven days to file the

3    TAC.

4

5    WHEREAS, Plaintiff filed a Third Amended Complaint on August 10, 2011.

6

7    WHEREAS, the deadline for Defendants to answer or otherwise respond to, the

8    TAC pursuant to Federal Rules of Civil Procedure 15(a)(3), 6(d), and 5(b)(2)(E) is August 29,

9    2011.

10

11    WHEREAS, counsel for Defendants have requested a brief extension to answer, or

12    otherwise respond to, the TAC due to counsel's vacation schedules and the mediation that is

13    scheduled to occur on August 24, 2011.

14

15    WHEREAS, Plaintiff has agreed to a two-day extension until August 31, 2011.

16

17    IT IS HEREBY STIPULATED by and between the parties hereto that the deadline

18    for Defendants, United Parcel Service, Inc. and American Substance Abuse Professionals, Inc., to

19    answer, or otherwise respond to, the TAC be extended from August 29, 2011 to, and including,

20    August 31, 2011.

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO THIRD AMENDED COMPLAINT
CASE NO. C 10-05305 PJH

1    DATED: August 23, 2011          E. JEFFREY GRUBE
                                     GINA GUARENTI COOK
2                                    BRITTANY F. STEVENS
                                     PAUL HASTINGS LLP
3

4                                    By: _____
5                                          BRITTANY F. STEVENS

6                                    Attorneys for Defendants
                                     UNITED PARCEL SERVICE, INC., JERRY MATTES,
7                                    MARY SUE ALLEN, AND HAIDEE LAGUNDAY

8
     DATED: August 23, 2011          BALDWIN LEE
9                                    ANNETTE M. RITTMULLER
                                     ALLEN MATKINS LECK GAMBLE MALLORY &
10                                   NATSIS LLP

11

12                                   By: _____
                                           ANNETTE M. RITTMULLER
13
                                     Attorneys for Defendant
14                                   AMERICAN SUBSTANCE ABUSE
                                     PROFESSIONALS, INC.
15

16   DATED: August_____, 2011        TROY A. VALDEZ
                                     MARVIN DUNSON III
17                                   ERIN M. DOYLE
                                     VALDEZ DUNSON & DOYLE LLP
18

19
                                     By:_____
20                                         MARVIN DUNSON III

21                                   Attorneys for Plaintiff
                                     THOMAS DALTON
22

23   PURSUANT TO STIPULATION, IT IS SO ORDERED

24

25   Date: _____     Signed: _____
                                  The Honorable Phyllis J. Hamilton
26

27

28
                                                        STIPULATION TO EXTEND DEADLINE TO
                                            -3-         RESPOND TO THIRD AMENDED COMPLAINT
     LEGAL_US_W # 68907048.1                                      CASE NO. C 10-05305 PJH

1   DATED: August_____, 2011          E. JEFFREY GRUBE
                                       GINA GUARENTI COOK
2                                      BRITTANY F. STEVENS
                                       PAUL HASTINGS LLP
3

4
                                       By:_____
5                                              BRITTANY F. STEVENS

6                                      Attorneys for Defendants
                                       UNITED PARCEL SERVICE, INC., JERRY MATTES,
7                                      MARY SUE ALLEN, AND HAIDEE LAGUNDAY

8   DATED: August_____, 2011          BALDWIN LEE
                                       ANNETTE M. RITTMULLER
9                                      ALLEN MATKINS LECK GAMBLE MALLORY &
                                       NATSIS LLP
10

11

12                                     By:_____
                                               ANNETTE M. RITTMULLER
13

14                                     Attorneys for Defendant
                                       AMERICAN SUBSTANCE ABUSE
15                                     PROFESSIONALS, INC.

16  DATED: August 24, 2011            TROY A. VALDEZ
                                       MARVIN DUNSON III
17                                     ERIN M. DOYLE
                                       VALDEZ DUNSON & DOYLE LLP
18

19
                                       By: _____
20                                             MARVIN DUNSON III

21                                     Attorneys for Plaintiff
                                       THOMAS DALTON
22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED

24

25  Date: 8/26/11          Signed:_____
                                       The Honorable
26

27                                     IT IS SO ORDERED
                                       Judge Phyllis J. Hamilton
28

LEGAL_US_W # 68907048.1        -3-    STIPULATION TO EXTEND DEADLINE TO
                                       RESPOND TO THIRD AMENDED COMPLAINT
                                       CASE NO. C 10-05305 PJH