1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                    OAKLAND DIVISION

11   THOMAS DALTON,                          | Case No. C 10-05305 PJH

12              Plaintiff,                   | [PROPOSED] ORDER REGARDING
                                             | DISMISSAL OF DEFENDANT AMERICAN
13         vs.                               | SUBSTANCE ABUSE PROFESSIONALS,
                                             | INC.
14   UNITED PARCEL SERVICE, an Ohio
     corporation; AMERICAN SUBSTANCE
15   ABUSE PROFESSIONALS, INC., a Maryland
     corporation; and DOES 1 through 50, inclusive,
16
                Defendants.
17

18

19         Based upon the parties' stipulation and good cause appearing, the Court hereby orders that

20   the above-captioned action as to defendant American Substance Abuse Professionals, Inc. is

21   dismissed with prejudice pursuant to FRCP 41(a)(1).  All parties shall bear their own costs and

22   fees with respect to this dismissal.

23

24   Dated:   9/13/11

25   Phyllis
     United St

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

821627.01/SF

Case No.  C 10-05305 PJH
[PROPOSED] ORDER REGARDING
DISMISSAL OF DEFENDANT ASAP