UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS DALTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, an Ohio corporation; AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC., a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 10-05305 PJH<br><br>[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF DEFENDANT AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC. |

Based upon the parties' stipulation and good cause appearing, the Court hereby orders that the above-captioned action as to defendant American Substance Abuse Professionals, Inc. is dismissed with prejudice pursuant to FRCP 41(a)(1). All parties shall bear their own costs and fees with respect to this dismissal.

Dated: 9/13/11

_____
Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

821627.01/SF

Case No. C 10-05305 PJH
[PROPOSED] ORDER REGARDING
DISMISSAL OF DEFENDANT ASAP