UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS DALTON,

    Plaintiff,

    v.

UNITED PARCEL SERVICE,

    Defendant.

_____/

No. C 10-5305 PJH

**ORDER RE STIPULATED REQUEST TO POSTPONE DISCOVERY**

    Before the court is the parties' stipulated request to modify the schedule for discovery. The court declines to order the postponement of discovery as such postponement will likely present problems for pretrial preparation. However, the parties are free to enter into any stipulation they wish as long as the dispositive motions and pretrial/trial dates are not changed, and as long as the parties are able to resolve any discovery disputes without resort to intervention by the court.

**IT IS SO ORDERED.**

Dated: September 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge