United States District Court
For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9   THOMAS DALTON,

10          Plaintiff,                    No. C 10-5305 PJH

11      v.                                **ORDER RE STIPULATED REQUEST
                                          TO POSTPONE DISCOVERY**
12   UNITED PARCEL SERVICE,

13          Defendant.
    _____/

14

15          Before the court is the parties' stipulated request to modify the schedule for

16   discovery.  The court declines to order the postponement of discovery as such

17   postponement will likely present problems for pretrial preparation.  However, the parties are

18   free to enter into any stipulation they wish as long as the dispositive motions and

19   pretrial/trial dates are not changed, and as long as the parties are able to resolve any

20   discovery disputes without resort to intervention by the court.

21

22   **IT IS SO ORDERED.**

23   Dated:  September 21, 2011

24                                          _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge
25

26

27

28