1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 THOMAS DALTON, | CASE NO. C 10-05305 PJH |
| 12           Plaintiff, | **[PROPOSED] ORDER REGARDING DISMISSAL OF UNITED PARCEL SERVICE, INC.** |
| 13 vs. | |
| 14 UNITED PARCEL SERVICE, an Ohio Corporation; AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC., a Maryland Corporation; JERRY MATTES, an individual; MARY SUE ALLEN, an individual; HAIDEE LAGUNDAY, an individual; and DOES 1 through 50, inclusive, | |
|           Defendants. | |

LEGAL_US_W # 69779087.1

[PROPOSED] ORDER RE: DISMISSAL OF
DEFENDANT UPS –
CASE NO. C 10-05305 PJH

1    Based upon the parties' stipulation and good cause appearing, the Court hereby
2 orders that the above-captioned action as to defendant United Parcel Service, Inc. is dismissed
3 with prejudice pursuant to FRCP 41(a)(1).  All parties shall bear their own costs and fees with
4 respect to this dismissal.

7  Date: __12/2/11___          Signed: _____
8                                              The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

-1-

[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT UPS –
CASE NO. C 10-05305 PJH

LEGAL_US_W # 69779087.1