1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DALTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, an Ohio Corporation; AMERICAN SUBSTANCE ABUSE PROFESSIONALS, INC., a Maryland Corporation; JERRY MATTES, an individual; MARY SUE ALLEN, an individual; HAIDEE LAGUNDAY, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 10-05305 PJH<br><br>**[PROPOSED] ORDER REGARDING DISMISSAL OF UNITED PARCEL SERVICE, INC.** |

1  Based upon the parties' stipulation and good cause appearing, the Court hereby
2  orders that the above-captioned action as to defendant United Parcel Service, Inc. is dismissed
3  with prejudice pursuant to FRCP 41(a)(1).  All parties shall bear their own costs and fees with
4  respect to this dismissal.

Date:  12/2/11             Signed:  _____
                                    The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

-1-

[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT UPS –
CASE NO. C 10-05305 PJH

LEGAL_US_W # 69779087.1